IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:10CR194
                             )
      v.                     )
                             )
FONTRI TILLER,               )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 50). Subject to the filing of a written waiver of speedy trial, the motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted. Trial of this matter is rescheduled for:

**Monday, February 7, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 3, 2011, and February 7, 2011, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court