IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| FONTRI TILLER and JOSEPH LOVE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Tiller's motion to discharge D.C. Bradford as counsel and to have new counsel appointed (Filing No. 67). After hearing with plaintiff, both defendants and their counsel present,

IT IS ORDERED:

1) Defendant Tiller's motion to discharge D.C. Bradford as counsel is granted. The Federal Public Defender shall appoint new counsel for defendant Tiller.

2) Trial of this matter will be rescheduled after conference with new counsel.

DATED this 4th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court