IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| FONTRI T. TILLER, | ) | ORDER |
| JOSEPH L. LOVE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to restrict (Filing No. 72). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the amended notice of intent to introduce evidence pursuant to Fed. Rule of Evidence 902(11) shall remain restricted until further order of the Court.

DATED this 1st day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court