IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| FONTRI TILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on defendant's motion for reconsideration based on career offender enhancement applied under § 4B1.1 (Filing No. 123). The Court has reviewed the motion and has reviewed the guidelines and the 2014 Drug Retroactive Sentencing Worksheet (Filing No. 106) and finds defendant's motion should be denied. Accordingly,

    IT IS ORDERED that defendant's motion for reconsideration based on career offender enhancement applied under § 4B1.1 is denied.

    DATED this 29th day of August, 2016.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court